PER CURIAM.

—

(No. 74-CC-883—)

SAMMUEL R. GUARD, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed November 12, 1974.*

SAMMUEL R. GUARD, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.